**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **BioIncept, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0589339** | |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**7071 Corporate Way, Suite 109**
**Centerville, OH 45459**
Number, Street, City, State & ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**Avantor Sciences, Inc.**
**Attn: Christy Dallavalle**
**435 Tolbert Lane, SE Leesburg, VA 20175**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **BioIncept, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5417

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor    **BioIncept, LLC**
_____
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

**Avantor Sciences, Inc.
435 Tolbert Lane, SE
Leesburg, VA 20175**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

| | Statistical and administrative information |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **BioIncept, LLC**
_____     Case number (*if known*) _____
Name

---

| 16. | Estimated liabilities | | | |
|---|---|---|---|---|
| | | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **BioIncept, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 25, 2023**
                 MM / DD / YYYY

**X** **/s/ Steven Sloate**                                      **Steven Sloate**
Signature of authorized representative of debtor                Printed name

Title     **Director**

---

**18. Signature of attorney**

**X** **/s/ Christopher A. Ward**                        Date     **April 25, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Christopher A. Ward**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone     **(302) 252-0920**          Email address     **cward@polsinelli.com**

**3877 DE**
Bar number and State

**RESOLUTION OF
THE BOARD OF DIRECTORS OF
BIOINCEPT, LLC**

The Directors of BioIncept LLC, a Delaware limited liability company (the "Company"), having held a meeting of the Directors on this 31st day of March, 2023 in accordance with the Company's Seventh Amended and Restated Operating Agreement, have resolved as follows:

WHEREAS, the Directors, after expensing significant resources, time and effort, do not see an economically viable path forward for the Company;

WHEREAS, the Company does not have operational capital or investor funding available to manage its operations or satisfy its debts to creditors; and

WHEREAS, the Directors have determined that it is in the best interest of the Company's shareholders to file a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to Chapter 7 to liquidate the assets of the Company for the satisfaction of creditors.

NOW THEREFORE, the Board of Directors of the Company hereby resolve as follows:

RESOLVED, that the Company shall prepare and file a petition in the Bankruptcy Court pursuant to Chapter 7.

RESOLVED, that the Company hereby appoints Director Steven Sloate and Director Barton O'Brien to confer with the trustee assigned by the Bankruptcy Court to provide any information and to make any decisions that may be required on behalf of the Company during the pendency of the case in Bankruptcy Court.

RESOLVED, that the Company shall take any actions necessary to wind up the business of the Company.

RESOLVED, the Directors and Officers may take any further actions consistent with this Resolution in furtherance of the transactions approved herein.

All Directors being present, following an opportunity for discussion on the foregoing Resolution, Steven Sloate moved to adopt this Resolution; and Barton O'Brien seconded that Motion.

***Barton O'Brien, Steven Sloate, and Eytan Barnea voted affirmatively to adopt this Resolution. Douglas Prince abstained from voting on the Resolution. By a vote of 3-0, the Resolution is so adopted.***

This Resolution shall be recorded with the Minutes of the Company.

/s/   Douglas Prince
By: Douglas Prince, Secretary

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re __BioIncept, LLC_____     Case No. _____

_____     Chapter   __7__

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    25,000.00 |
| Prior to the filing of this statement I have received | $    25,000.00 |
| Balance Due | $    0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April 25, 2023_____     __/s/ Christopher A. Ward_____
*Date*                                 **Christopher A. Ward**
                                       *Signature of Attorney*
                                       **Polsinelli PC**
                                       **222 Delaware Avenue**
                                       **Suite 1101**
                                       **Wilmington, DE 19801**
                                       **(302) 252-0920  Fax: (302) 252-0921**
                                       **cward@polsinelli.com**
                                       *Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name    **BioIncept, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2023**          X **/s/ Steven Sloate**
                                              Signature of individual signing on behalf of debtor

                                            **Steven Sloate**
                                            Printed name

                                            **Director**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **BioIncept, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

<hr>

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................................   $      0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................................................................................   $      2,400.07

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................................................   $      2,400.07

<hr>

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$      3,183,727.94

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b      $      3,183,727.94

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **BioIncept, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **5902** | **$1,191.00** |
| 3.2. | **Chase Bank** | **Checking** | **1866** | **$448.91** |

4.   **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **None** | | **$0.00** |

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     |  **$1,639.91** |

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor **BioIncept, LLC**
_____  Case number *(If known)* _____
Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Synthetic Molecule (sPIF)** | Unknown | $0.00 | Fair Market Value | $0.00 |

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**
     Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | $0.00 |

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

Debtor    **BioIncept, LLC**                                    Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computer: Microsoft Surface Go2 | $0.00 | | $475.19 |
| | LG Monitors (2), Logitech Mouse and Keyboard | $0.00 | | $284.97 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                               | $760.16 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | Patents (IP) | $0.00 | Fair Market Value | $0.00 |

Debtor    **BioIncept, LLC**                                    Case number *(If known)* _____
_____
          Name

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Treehill Partners: For deceptive business practices and
       non-performance of contract terms and obligations.**                   **Unknown**
       Nature of claim          _____
       Amount requested                    **Unknown**


       **Troutman-Pepper Law Firm: In their role as BioIncept
       corporate counsel for recommending a client (Treehill
       Partners) to BioIncept (conflict of interest), not
       performing due diligence on Treehill, writing, agreeing
       to and encouraging the BioIncept Directors to vote for a
       contract with Treehill that was very biased against
       BioIncept and ultimately led to financial collapse of
       BioIncept**                                                            **Unknown**
       Nature of claim          _____
       Amount requested                    **Unknown**

Debtor    **BioIncept, LLC**
_____
Name

Case number *(If known)* _____

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

| | |
|---|---|
| | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **BioIncept, LLC**                                    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,639.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $760.16 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,400.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,400.07 |

**Fill in this information to identify the case:**

Debtor name     **BioIncept, LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **BioIncept, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Avantor Sciences, Inc.**<br>**435 Tolbert Lane, SE**<br>**Leesburg, VA 20175**<br>Date(s) debt was incurred  **2022-2023**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Storage of Synthetic Molecule**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,750.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Ballard Spahr**<br>**1735 Market Street**<br>**51st Floor**<br>**Philadelphia, PA 19103-7599**<br>Date(s) debt was incurred  **2018-2021?**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Legal Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $413,308.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Cheryl Gross**<br>**189 El Camino Corto**<br>**Walnut Creek, CA 94596**<br>Date(s) debt was incurred  **5/26/2020**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Note**<br>Is the claim subject to offset? ■ No  ☐ Yes | $59,806.85 |
| **3.4** Nonpriority creditor's name and mailing address<br>**Dale Denning**<br>**1633 Alvamar Drive**<br>**Lawrence, KS 66047-1715**<br>Date(s) debt was incurred  **7/8/2020**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Note**<br>Is the claim subject to offset? ■ No  ☐ Yes | $118,314.86 |

48641

Debtor   **BioIncept, LLC**                                              Case number (if known) _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |

**3.5** | Nonpriority creditor's name and mailing address

**Dr. Douglas Prince**
**5496 Winding Cape Way**
**Mason, OH 45040**

Date(s) debt was incurred  **Jan-Mar, 2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes**

Is the claim subject to offset? ☐ No ☐ Yes

**$75,000.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Electra Energy Company**
**1777 S. Harrison Street**
**PH1**
**Denver, CO 80210**

Date(s) debt was incurred  **7/17/2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☐ No ☐ Yes

**$295,107.53**

---

**3.7** | Nonpriority creditor's name and mailing address

**Eytan Barnea**
**140 East 40th Street**
**Unit 11C**
**New York, NY 10016**

Date(s) debt was incurred  **2021-2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CSO for HIE government grant**

Is the claim subject to offset? ■ No ☐ Yes

**$20,163.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**George W. Frank, Jr.**
**7817 SE Loblolly Bay Drive**
**Hobe Sound, FL 33455**

Date(s) debt was incurred  **6/18/2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

**$59,459.49**

---

**3.9** | Nonpriority creditor's name and mailing address

**Julia D. Corelli**
**835 Westview Street**
**Philadelphia, PA 19119**

Date(s) debt was incurred  **9/2/2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☐ No ☐ Yes

**$116,623.36**

---

**3.10** | Nonpriority creditor's name and mailing address

**Ken Young**
**PO Box 215**
**Bland, VA 24315**

Date(s) debt was incurred  **7/9/2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☐ No ☐ Yes

**$118,284.66**

---

**3.11** | Nonpriority creditor's name and mailing address

**Luis Nieves**
**1174 Monticello Road**
**Napa, CA 94558**

Date(s) debt was incurred  **4/22/2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

**$48,256.27**

Debtor **BioIncept, LLC**
Name _____

Case number (if known) _____

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301,601.71 |

**Rawah Partners, LLC**
**1777 S. Harrison Street**
**PH1**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2020**

**Basis for the claim:  Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,069.52 |

**Rawah Partners, LLC**
**1777 S. Harrison Street**
**PH1**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/22/2020**

**Basis for the claim:  Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,082,080.00 |

**Treehill Partners**
**c/o Anderson Ross**
**35 Beaufort Street**
**Admirals Way**
**South Key, London, UK**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/21/2021**

**Basis for the claim:  Consulting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408,748.43 |

**Troutman Pepper**
**3000 Two Logan Square**
**Eighteenth & Arch Streets**
**Philadelphia, PA 19103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Prior to 2021**

**Basis for the claim:  Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,154.26 |

**Ulmer and Berne LLP**
**1660 West 2nd Street**
**Suite 1100**
**Cleveland, OH 44113-1406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Jan-Feb, 2023**

**Basis for the claim:  Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,183,727.94 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. $ | 3,183,727.94 |

Debtor    **BioIncept, LLC**
_____    Case number (if known) _____
Name

**Fill in this information to identify the case:**

Debtor name  **BioIncept, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Contract for research and development services** | **Treehill Partners**<br>**35 Beaufort Street**<br>**Admirals Way**<br>**South Key, London E149XL, UK** |
| State the term remaining **Terminated 7/21/2021** | |
| List the contract number of any government contract  _____ | |

**Fill in this information to identify the case:**

Debtor name    **BioIncept, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **BioIncept, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ☐ Operating a business ■ Other **N/A** | **$0.00** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other **Government Grant Proceeds** | **$183,511.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ☐ Operating a business ■ Other **Government Grant Proceeds** | **$60,216.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | **Loans from Douglas Prince** | **$75,000.00** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | **N/A** | **$0.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | **Credit Card "Rewards"** | **$2,480.00** |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | **BioIncept, LLC** | Case number *(if known)* | |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Carleton Insurance Agency** | **1/11/2023** | **$16,554.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.2. | **Polsinelli PC**<br>**222 Delaware Avenue**<br>**Suite 1101**<br>**Wilmington, DE 19801** | **2/10/2023**<br>**3/7/2023**<br>**3/31/2023** | **$32,964.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. | **Prince Enterprises** | **1/10/2023**<br>**2/10/2023** | **$10,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. | **University of Miami** | **2/28/2023** | **$15,556.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.5. | **Baratz & Associates** | **2/28/2023**<br>**2/28/2023**<br>**3/6/2023**<br>**4/14/2023** | **$19,595.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Brian Foster**<br>**9 Bluewater Hill South**<br>**Westport, CT 06880**<br>**Former CEO** | **November**<br>**2022** | **$115,000.00** | **Settlement of Contract Dispute** |

Debtor    **BioIncept, LLC** _____    Case number *(if known)* _____

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor  **BioIncept, LLC** _____  Case number *(if known)* _____

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Polsinelli PC**<br>**222 Delaware Avenue**<br>**Suite 1101**<br>**Wilmington, DE 19801** | | **March 2023** | **$25,000.00** |
| | Email or website address<br>**cward@polsinelli.com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **140 E. 40th Street**<br>**Suite 11C**<br>**New York, NY 10016-1701** | **9/2021 - Present** |
| 14.2. | **WeWork**<br>**Tower 49**<br>**12 East 49th Street**<br>**New York, NY 10017** | **3/2021 - 9/2021** |
| 14.3. | **WeWork**<br>**575 Fifth Avenue**<br>**New York, NY 10017** | **4/2019 - 3/2021** |
| 14.4. | **Thrive, Inc.**<br>**7071 Corporate Way**<br>**Suite 109**<br>**Dayton, OH 45459** | **9/2021 - Present** |

Debtor    **BioIncept, LLC**                                   Case number *(if known)*


<div style="background:black;color:white">Part 8:</div> **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

<div style="background:black;color:white">Part 9:</div> **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Unknown** | EIN:  **Unknown** |

Has the plan been terminated?
☐ No
■ Yes

<div style="background:black;color:white">Part 10:</div> **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

Debtor    **BioIncept, LLC**                                                       Case number *(if known)*

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Avantor Sciences, Inc. 435 Tolbert Lane, SE Leesburg, VA 20175** | **Douglas Prince Eytan Barnea** | **Synthetic Molecule (sPIF)** | ☐ No ☒ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

Debtor    **BioIncept, LLC**    Case number *(if known)*

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |
| 25.1. **Excondo Health** | **Diagnostic Test Investigation** | EIN: **85-4079239** |
| | | From-To **2017 - 2021** |
| 25.2. **BioIncept RX LLC** | **None known** | EIN: **81-4733439** |
| | | From-To **unknown - 2021** |
| 25.3. **BioIncept Equity, LLC** | **None known** | EIN: **81-4357142** |
| | | From-To |
| 25.4. **Regeneration RX Therapeutics LLC** | **None known** | EIN: |
| | | From-To **Unknown - 2021** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Amy Carter** **11 Lippincott Avenue** **Voorhees, NJ 08043** | **pre 1/1/2021 - 8/2021** |
| 26a.2. **Kayleigh Crawmer** **Thrive Accounting** **7071 Corporate Way** **Suite 109** **Dayton, OH 45459** | **8/2021 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **John Fekete** **Baratz and Associates** **48 Eves Drive** **Suite 100** **Marlton, NJ 08053** | **2015 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | BioIncept, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kayleigh Crawmer**<br>**Thrive Accounting**<br>**7071 Corporate Way**<br>**Suite 109**<br>**Dayton, OH 45459** | |
| 26c.2. **John Fekete**<br>**Baratz and Associates**<br>**48 Eves Drive**<br>**Suite 100**<br>**Marlton, NJ 08053** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eytan Barnea | 7071 Corporate Way<br>Suite 109<br>Centerville, OH 45459 | Director, Shareholder, Founder | 10.7430% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Bart O'Brien | 7071 Corporate Way<br>Suite 109<br>Centerville, OH 45459 | Director, Shareholder | 3.8305% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Douglas Prince | 7071 Corporate Way<br>Suite 109<br>Centerville, OH 45459 | Director, Shareholder | 19.3774% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Steve Sloate | 7071 Corporate Way<br>Suite 109<br>Centerville, OH 45459 | Director, Shareholder | 0.7429% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Debtor    **BioIncept, LLC**                                      Case number *(if known)*

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brian Foster**<br>**9 Bluewater Hill South**<br>**Westport, CT 06880** | **$115,000.00** | **November 2022** | **Settlement of Contract Dispute** |
| | Relationship to debtor<br>**Former CEO (August, 2021)** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Unknown - Last Contribution in 2017 of $103,255.00** | **EIN:      Unknown** |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2023**

**/s/ Steven Sloate**                                      **Steven Sloate**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Delaware

In re    __BioIncept, LLC_____

                                             Debtor(s)

Case No. _____

Chapter    __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __BioIncept, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Barnea Project, LLC**

_____

**Prince Family, LLC**

_____

☐ None [*Check if applicable*]

__April 25, 2023_____
Date

**/s/ Christopher A. Ward**_____
**Christopher A. Ward**
Signature of Attorney or Litigant
Counsel for    __BioIncept, LLC_____
**Polsinelli PC**
**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
**(302) 252-0920 Fax:(302) 252-0921**
**cward@polsinelli.com**

# United States Bankruptcy Court
## District of Delaware

In re    **BioIncept, LLC**
_____
                                    Debtor(s)

Case No.    _____
Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 25, 2023**
_____

**/s/ Steven Sloate**
_____
**Steven Sloate**/**Director**
Signer/Title

Aaron Prince
2801 Valley Rd.
Nashville, TN 37215

Advanced Technology Solutions
800 Black Horse Pike, Unit 2
Glendora, NJ 08029

Affinity Life Sciences, Inc.
10 Columbus Drive
Amherst, NH 03031

Agile Premium Finance
P.O. Box 549
Newark, NJ 07101-0549

Allsafe IT Corp
7083 Hollywood Blvd, Floor 5
Los Angeles, CA 90025

Amy Carter
11 Lippincott Avenue
Voorhees, NJ 08043

Ballard Spahr LLP
1735 Market Street, 51 Floor
Philadelphia, PA 19103

Baratz & Associates
7 Eves Drive, Suite 100
Marlton, NJ 08053

Bernard Cosmi
8 Wellingon Court
Medford, NJ 08055

Biosensor Tools
1588 E. Connecticut Drive
Salt Lake City, UT 84103

BioSynthesis
Accounts Receivable
P.O. Box 28
Lewisville, TX 75067-0028

Biotechnology Innovation
15100 W 67th Street, Suite 201
Shawnee, KS 66217

C1 Food Hall

Carleton Insurance Agency
383 Kings Highway N.
Cherry Hill, NJ 08034

CBI Winzip
PO Box 540
Mansfield, CT 06268

Cedar Street Capital LLC
420 Lexington Ave
3rd Floor
New York, NY 10170

Center for Reproductive Services
2 Batterson Park Road
Farmington, CT 06032

Citrix Systems
851 West Cypress Creek Road
Fort Lauderdale, FL 33309

Cornell Container
PO Box 512
Mundelein, IL 60060

Creative Regulatory Solutions LLC
14 Edinburgh Drive
Randolph, NJ 07869

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349

Cusp PharmaTech Consultants
10 Rogers Street, Unit 906
Cambridge, MA 02142

Dana C Hilt MD
668 Partridge Cove Road
Lamaine, ME 04605

Dawn Kelk
34 Old Mill Road
Weston, CT 06883

Delaware Corp and Tax
820 N. French Street
Wilmington, DE  19801

DFIN
Donnelley Financial Solutions
138 Cheapside
London, EC2V 6BJ

Dr. Douglas Prince
5496 Winding Cape Way
Mason, OH 45040

Dr. James Essell
1927 Riverside Drive
Cincinnati, OH 45202

DRL Pharmaceutical Consulting LLC
27 N Niantic Drive
Charlestown, RI 02813

EFM Consulting, LLC
4680 Eastport Landing Drive
Little River, SC 29566

Epiq eDiscovery Solutions Inc
PO Box 120250
Dept 0250
Dallas, TX 75312-0250

Avantor Sciences, Inc.
435 Tolbert Lane, SE
Leesburg, VA, 20175

ExonBio LLC
6440 Lusk Blvd
Suite D 110
San Diego, CA 92121

Eytan Barnea
140 East 40th Street, Unit 11C
New York, NY 10016

Fa. Dr. Michael Lutz Consulting

FedEx
PO Box 94515
Palatine, IL 60094-4515

FedEx on Account
PO Box 371461
Pittsburgh, PA 15250-7461

Fishers Science

Grace Bio Labs
1015 SW Emkay Drive
Bend, OR 977702

Grady Barnes
1320 Powis Road
1320 Powis Road
St. Augustine, FL 32095

HASPS
One Logan Square
27th Floor
Philadelphia, PA 19103-6933

JDH Clinical Trial Consultants

Joseph Albanese
Yale Health, 5th Floor
1 Church Street
New Haven,
New Haven, CT 06510

Landmark

M Burr Keim Company
2021 Arch St.
Philadelphia, PA 19103-1491

MFX, Inc
14 Forest Avenue
Caldwell, NJ 07006

Nicholas Dainiak, MD
P.O. Box 1097
Cheshire, CT 06410

Pepper Hamilton, LLC
3000 Two Logan Square
Eighteenth & Arch Streets
Attn:  Julia Corelli
Philadelphia, PA 19103-2799

PHS Corporate Services, Inc.
1313 Market Street, Suite 5100
Wilmington, DE 19801

Piramal
Piramal Pharma Solutions
1500 Bull Lea Road, Suite 250
Lexington, KY 40511

Polsinelli PC
PO Box 878681
Kansas City, MO 64187

PolyPeptide Laboratories
9395 Cabot Drive
San Diego, CA 92126

Prince Enterprises
5496 Winding Cape Way
Mason, OH 45040

Promigen Life Sciences, LLC
2753 Curtiss Street
Downers Grove, IL 60515

Radiance Diagnostics
1240 Iroquois Avenue
Suite 300
Naperville, Illinois 60563

RTM Communications
360 Route 101
#9 PTP
Bedford, NH 03110

Senior Finance LLC
4515 North Barwick Ranch Circle
Delray Beach, FL 33445

Sherry Lemonick
421 Chestnut Street, Suite 302
Philadelphia, PA 19106

Sino Biological
1400 Liberty Ridge Drive, Suite 101
Wayne, PA 19087

State of New Jersey
Division of Labor & Workforce Development
P.O. Box 929
Div. of Employer Accounts
Trenton, NJ 08646-0929

State of New York
NYS Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12226

Studio Republic
10 Charlecote Mews, Staple Gardens
Winchester, Hampshire (UK) SO23 8SR

Syneos
PO Box 415914
Boston, MA 02241-5914

Thrive Tax Solutions
7071 Corporate Way
Suite 109
Centerville, OH 45459

Treehill Partners
c/o Anderson Ross
35 Beaufort Street, Admirals Way
South Key, London E149XL,

Trinet
One Park Place, Suite 600
Dublin, CA 94568

Trishan Arul
8555 Old Carriage Trail
Cincinnati, OH 45242

Troutman Pepper
3000 Two Logan Square,
Eighteenth & Arch Streets
Philadelphia, PA 19103

Ulmer and Berne LLP
PO Box 74529
Cleveland, OH 45194

University of MD
620 W. Lexington St.
Baltimore, MD 21201

University of Miami
Office of Research Administration
P.O. Box 405803
Atlanta, GA 30384-5803

USA Scientific
PO Box 3565
Ocala, FL 34478-3565

USPS
475 L'Enfant Plaza SW
Washington, DC 20260-0010

Wcg-IRB
Dept 106091
P.O. Box 150434
Hartford, CT 06115-0434

Web.com
5335 Gate Parkway
Jacksonville, FL 32256

WeWork
575 5th Avenue
New York, NY 10017

WIRB
wcgIRB
DEPT 106091
P.O.Box 150434
Hartford, CT 06115-0434

WriterGirl & Associates
PO Box 750216
Dayton, OH 45475

Corelli, Julia D
835 Westview Street
Philadelphia, PA 19119

Denning, Dale
1633 Alvamar Drive
Lawrence, KS 66047-1715

Electra Energy Company
PO Box 10044
Auckland 1446

Frank, George W. Jr.
7817 SE Loblolly Bay Drive
Hobe Sound, FL 33455

Gross, Cheryl
189 El Camino Corto
Walnut Creek, CA 94596

Nieves, Luis
1174 Monticello Road
Napa, CA 94558

Rawah Partners, LLC
1777 S. Harrison Street, PH1
Denver, CO 80210

Young, Ken
PO Box 215
Bland, VA 24315